UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAQUAN LAYNE,

      Plaintiff,

  - against -

THE STATE OF NEW YORK DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

      Defendants.
------------------------------------------------------------ X

19 Civ. 04531 (VB)

**ORDER AUTHORIZING THE
DEPOSITION OF
INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Jaquan Layne, DIN # 11A5702, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a correctional facility maintained by the New York State Department of Corrections and Community Supervision, upon notice to Plaintiff and the Superintendent of the correctional facility.

Dated: White Plains, New York
    January __30__, 2020

SO ORDERED.

_____
VINCENT L. BRICCETTI
United States District Judge