UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JACQUAN LAYNE,                                    **ORDER**

        Plaintiff,                          7:19-cv-04531-PMH

v.

LT. M. PANZARELLA, et al.,

        Defendants.

---------------------------------------------------------X

    Plaintiff is directed, by January 21, 2021, to serve on counsel for Defendants and file with the Court, a letter identifying any outstanding document demands previously made to Defendants as discussed during the call. Counsel for Defendants shall file Plaintiff's letter via ECF upon receipt if the letter is not already docketed, and shall respond to the letter within five days of receipt thereof.

    Counsel for Defendants is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and provide proof of service on the docket.

Dated: New York, New York
       January 7, 2021

                                  SO ORDERED:

                                  _____
                                  Philip M. Halpern
                                  United States District Judge