UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAQUAN LAYNE,

                         Plaintiff,

v.                                                     ORDER

Lt. M. PANZARELLA, et al.,                      19-cv-04531 (PMH)

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendants and plaintiff *pro se* appeared today at 11:30 a.m. by telephone for a status conference. Plaintiff's request for defendants to produce of all PREA complaints that have been filed against defendants was DENIED. Plaintiff's request for defendants to produce of all use-of-force grievances that have been filed against defendants was GRANTED IN PART. The parties are directed to promptly meet and confer and file a signed version of this Court's Model Confidentiality Stipulation and Proposed Protective Order by November 4, 2021. By November 19, 2021, Defendants are directed to produce to plaintiff all use-of-force grievances filed against defendants between January 19, 2016 and January 19, 2019. Defendants are directed to redact any personally identifying information (e.g., inmate name, DIN number) with respect to inmates from the grievances produced to plaintiff. In accordance with this Court's Individual Practice Rule 4.E., defendants are directed to serve and file their pre-motion letter, Rule 56.1 Statement, and Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment (*See* Local Civil Rule 56.2) by November 4, 2021.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       October 5, 2021

_____
Philip M. Halpern
United States District Judge