UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAQUAN LAYNE,

                        Plaintiff,

v.                                                     **ORDER**

Lt. M. PANZARELLA, et al.,                 19-cv-04531 (PMH)

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Plaintiff *pro se* and defense counsel appeared today for a pretrial telephone conference.

    As stated on the record, Defendant is directed to, by September 15, 2022, send proposed pretrial materials pursuant to Rule 6(B) of this Court's Individual Practices to Plaintiff via FedEx.

    The parties are directed to, by September 30, 2022: (i) meet and confer to prepare and file such Rule 6(B) materials; and (ii) file a revised Joint Pretrial Order pursuant to Rule 6(A) of this Court's Individual Practices.

    The parties will be placed on 5-days' trial notice as of September 30, 2022.

    The Court noted to Plaintiff that, should he intend to move the Court to request *pro bono* counsel, such motion should be filed as soon as possible.

    The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff.

                                               **SO ORDERED:**

Dated:   White Plains, New York
            August 16, 2022

                                               PHILIP M. HALPERN
                                               United States District Judge