

LETITIA JAMES
Attorney General

OFFICE O...

> Application granted.
>
> The Clerk of Court is respectfully directed to: (i) terminate the motion sequence pending at Doc. 122; and (ii) mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 3, 2022

**BY ECF and U.S. Mail to Plaintiff**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Layne v. State of New York DOCCS, et al.* **(19 Civ. 4531) (PMH)**

Dear Judge Halpern:

This Office represents New York State Department of Corrections and Community Supervision ("DOCCS") Defendants in the above-referenced action. Pursuant to the Court's August 16, 2022 Order, the parties were to file a revised joint pre-trial order other pre-trial papers by September 30, 2022. Because I was required to submit responsive briefing in several emergency matters in state court this past week, the parties were unable to confer so as to complete the pre-trial materials. Accordingly, I respectfully request that the Court extend the parties' time to file the papers for 10 days, until October 12, 2022. The additional time is required, in addition, given the current delays in arranging conferences with incarcerated individuals.

Plaintiff's consent has not been sought because of the difficulties inherent in communicating with him, but both parties will benefit from the additional time to prepare the papers.

It is respectfully requested that the parties time to file pre-trial papers be extend to October 12, 2022. Thank you for your consideration.

Respectfully submitted,
s/
Michael J. Keane
Assistant Attorney General

cc: Jaquan Layne, # 11A5702
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562