UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAQUAN LAYNE,

                Plaintiff,

-against-

LT. M. PANZARELLA, et al.,

                Defendants.

**ORDER**

19-CV-04531 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, previously proceeding *pro se*, recently retained *pro bono* counsel. (Docs. 131-134). In order to give Plaintiff's new counsel an opportunity to review and comment on previously filed materials, the parties are directed to meet and confer regarding (i) an Amended Proposed Joint Pretrial Order in compliance with Rule 6(A) of the Court's Individual Practices and (ii) revised materials required by Rule 6(B) of this Court's Individual Practices. The parties shall file revised materials required by Rules 6(A) and 6(B) of the Court's Individual Practices by January 12, 2023. A pre-trial conference is scheduled for February 9, 2023 at 3:00 p.m. in Courtroom 520 of the White Plains Courthouse.

    The parties are also notified that this case is now set for trial on June 19, 2023. This case must therefore be trial-ready for June 19, 2023.

                                      **SO ORDERED.**

Dated:  White Plains, New York
           November 15, 2022

                                      PHILIP M. HALPERN
                                      United States District Judge