


Application granted in part. The parties shall submit the pre-trial filings required by both Rule 6(A) and Rule 6(B) of the Court's Individual Practices by 5:00 p.m. on March 13, 2023. No further extensions will be granted.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 143.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
March 8, 2023

OFF

LETITIA JAMES
Attorney General

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re**: ***Layne v. State of New York DOCCS, et al.* (19 Civ. 4531) (PMH)**

Dear Judge Halpern:

This Office represents New York State Department of Corrections and Community Supervision ("DOCCS") Defendants in the above-referenced action. With the consent of counsel for Plaintiff, we respectfully request an additional week, until March 15, 2023, to file revised pre-trial papers, currently due March 8, 2023. The extension is needed because the parties were able to complete the additional depositions authorized by the Court only yesterday, given accommodations certain of the deponents required. As a result, exchanges of drafts of proposed parts of the revised pretrial submissions were delayed. The additional time will permit the parties a more deliberate and comprehensive discussion of the pretrial papers.

This is the second request the parties have made for additional time to submit revised pre-trial papers. The extension, if granted, will not affect any other dates in this action, including the conference now scheduled for March 23, 2023.

Accordingly, it is respectfully requested that the parties be granted an additional week, until March 15, 2023, to file revised pre-trial submissions. Thank you for your consideration.

Respectfully submitted,
s/
Michael J. Keane
Assistant Attorney General

cc: Counsel of record