UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAQUAN LAYNE,

                Plaintiff,

     -against-

LT. M. PANZARELLA, et al.,

                Defendants.

**ORDER**

19-CV-04531 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that this case will no longer proceed to trial on June 19, 2023 and that this case will be on 5-days' trial notice beginning **March 23, 2023**. This case must therefore be trial-ready for **March 23, 2023**.

The parties are further notified that the Court has selected this case as the back up to a primary case set to go to trial on **July 10, 2023**, should the primary case not go forward and should no earlier date be available for this case. The parties are directed to immediately notify the Court if they have reached a settlement.

**SO ORDERED.**

Dated: White Plains, New York
         March 14, 2023

_____
PHILIP M. HALPERN
United States District Judge