UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUAN LAYNE,<br><br>      Plaintiff,<br><br> -against-<br><br>LT. M. PANZARELLA, et al.,<br><br>      Defendants. | **ORDER**<br><br>19-CV-04531 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  The parties are hereby notified that this case is no longer the backup trial and that this case will proceed to jury selection and trial on **July 11, 2023 at 9:30 a.m.** This case must therefore be trial-ready for that date.

  An in-person final pretrial conference has been scheduled for **July 6, 2023 at 2:30 p.m.** Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains courthouse. The parties shall bring with them on July 6, 2023, for production to the Court, three exhibit binders containing the parties' exhibits and an index listing the content of the binders.

  The parties are directed to immediately notify the Court if they have reached a settlement.

                 **SO ORDERED.**

Dated: White Plains, New York
     June 26, 2023

                 _____
                 PHILIP M. HALPERN
                 United States District Judge