# DESMARAIS

www.desmaraisllp.com

**NEW YORK**
**SAN FRANCISCO**
**WASHINGTON, DC**

July 28, 2023

> Application granted. The parties' time to move to reopen this action is extended to August 1, 2023.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 194.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          July 28, 2023

**Via Electronic Filing**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Layne v. Panzarella et al.*, 19-cv-4531-PMH (S.D.N.Y.)
     **Joint Letter Motion Seeking Extension to File the Settlement Agreement or File an Application to Restore the Action to the Court's Calendar**

Dear Honorable Judge Halpern:

   The parties jointly and respectfully request a short extension of the time allotted to file the settlement agreement or file an application to restore the action to the Court's calendar pursuant to Dkt. No. 192, to August 1, 2023. The parties are diligently working to finalize the terms of the settlement agreement and believe a short extension will facilitate that discussion.

   Good cause exists to grant this jointly requested relief, as Defendants' counsel requires additional time to discuss certain terms with their client. There are currently no other set deadlines in this matter.

   The parties are continuing to finalize the terms of the settlement agreement. However, Defendants' counsel's schedule and Mr. Layne's status as an incarcerated individual necessitate additional time to negotiate the final terms of the settlement agreement.

DESMARAIS LLP

Honorable Judge Halpern
July 28, 2023
Page 2

Dated: July 28, 2023

Letitia James
Attorney General
State of New York

By:
Michael J. Keane
Assistant Attorney General
28 Liberty Street, 18th Fl.
New York, NY 10005
Tel.: 212-416-8550
Email: michael.keane@ag.ny.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Ryan G. Thorne*
Tamir Packin
tpackin@desmaraisllp.com
Ryan G. Thorne
rthorne@desmaraisllp.com
Raymond N. Habbaz
rhabbaz@desmaraisllp.com
Lee J. Matalon
lmatalon@desmaraisllp.com
William A. Vieth
wvieth@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel:  (212) 351-3400
Fax:  (212) 351-3401

*Counsel for Plaintiff*