# DESMA

NEW YORK
SAN FRANCISCO
WASHINGTON, DC

www.desmara

August 1,

**Via Electronic Filing**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The parties' time to move to reopen this action is extended to August 2, 2023.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 196.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 2, 2023

Re:  *Layne v. Panzarella et al.*, 19-cv-4531-PMH (S.D.N.Y.)
     **Joint Letter Motion Seeking Extension to File the Settlement Agreement or File an Application to Restore the Action to the Court's Calendar**

Dear Honorable Judge Halpern:

    The parties jointly and respectfully request a short extension of the time allotted to file the settlement agreement or file an application to restore the action to the Court's calendar pursuant to Dkt. No. 192, to August 2, 2023. The parties are diligently working to finalize the settlement agreement and believe a short extension will facilitate that process.

    Good cause exists to grant this jointly requested relief, as Mr. Layne needs additional time to seek the assistance of a notary to finalize his settlement agreement. There are currently no other set deadlines in this matter.

DESMARAIS LLP

Honorable Judge Halpern
August 1, 2023
Page 2

Dated: August 1, 2023

Respectfully submitted,

*/s/ Ryan G. Thorne*

| | |
|---|---|
| Letitia James | Tamir Packin |
| Attorney General | tpackin@desmaraisllp.com |
| State of New York | Ryan G. Thorne |
| | rthorne@desmaraisllp.com |
| By: | Raymond N. Habbaz |
| Michael J. Keane | rhabbaz@desmaraisllp.com |
| Assistant Attorney General | Lee J. Matalon |
| 28 Liberty Street, 18th Fl. | lmatalon@desmaraisllp.com |
| New York, NY 10005 | William A. Vieth |
| Tel.: 212-416-8550 | wvieth@desmaraisllp.com |
| Email: michael.keane@ag.ny.gov | **DESMARAIS LLP** |
| | 230 Park Avenue |
| *Counsel for Defendants* | New York, New York 10169 |
| | Tel:  (212) 351-3400 |
| | Fax:  (212) 351-3401 |
| | |
| | *Counsel for Plaintiff* |

2